IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Anke Borck, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv326 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court on the parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act ("EAJA") (Doc. 14).  The parties have stipulated and petitioned the Court to enter an order awarding fees $1,485 in fees and $0 for costs, for a total award of $1,485 in full satisfaction and settlement of any and all claims plaintiff may have under the EAJA.  This award of fees and costs will satisfy all of plaintiff's claims for fees, costs, and expenses udcer 28 U.S.C. § 2412 in this case.  Any fees paid belong to plaintiff, not her attorney, and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v Ratliff,* 560 U.S. 586 (2010).  Plaintiff and defendant jointly move that the Court award plaintiff $1,485 in full satisfaction and settlement of any and all claims under the EAJA.

The Court GRANTS the parties' Joint Stipulation to Award Attorney Fees under the EAJA. Plaintiff is awarded $1,485 in fees and $0 for costs.

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                  Judge Susan J. Dlott
                                                  United States District Court