IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anke Borck, :
:
    Plaintiff(s), :
: Case Number: 1:16cv326
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on April 6, 2018 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 20, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for an award of attorney's fees under 42 U.S.C. §406(b) (Doc. 17) is GRANTED in full.

Counsel shall be paid a total of $2,970.00 for the 9 hours of work performed in this Court, subject to an offset of the Equal Access to Justice Act ("EAJA") fee previously paid to her for the same work. Therefore, counsel is awarded an additional fee under 42 U.S.C. §406(b) of $1,485.00, reflecting the total award of $2,970.00 less the offset of $1,485.00.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court